# EXHIBIT 1

# Complaint details

**Status:** Accepted

**Date submitted:** Sep 23, 2026, 08:16 AM

**Amazon store:** amazon.com

**Infringement type:** Copyright: Product or packaging

**Brand:** Snaptor

**Website link:** https://www.amazon.com/dp/B0FQJ26WHH

**Contact name:** Acute Mastery LLC

**Contact email:** machlab.abou@gmail.com

**Submitter email:** machlab.abou@gmail.com

**Submission type:** Report a Violation

**Additional information**

The reported ASIN B0HFCH2RJ7 is a direct 1:1 sculptural infringement of my original 3D design "Baseball gloves and ball building block." The infringer has reproduced the specific structural assembly and unique artistic sculptural expression of my work.

I am the Rights Owner for the original design of the product. The following is my US Copyright registration: VA0002499834
This is a repeat infringement of my Intellectual Property. A previous seller (Brand : Beego - Seller Name: Wen Wenxin) recently admitted to this exact infringement after acknowledging the validity of my claim (See APPROVED Complaint ID: 21895294311 for reference).

This ASIN uses the exact same unauthorized 3D construction method and source files from my brand.

I kindly request immediate removal of the entire ASIN B0HFCH2RJ7 to prevent ongoing infringement and further consumer confusion.

Retract a complaint | Escalate a complaint

| ASIN | Product name | Content reported |
|---|---|---|
| B0HFCH2RJ7 | CAXIMSY Baseball, Gloves and Bat 3D Building Block Set | Complete ASIN - all offers |

## Status details

The reported intellectual property violation has been accepted.

## Seller contact details

*Seller contact details are shared appr*

Showing 1 - 1 of 1

< 1 >

10 results per page

# Complaint details

**Status:** Accepted

**Date submitted:** Sep 28, 2026, 10:14 PM

**Amazon store:** amazon.com

**Infringement type:** Copyright: Product or packaging

**Brand:** Snaptor

**Website link:** https://www.amazon.com/dp/B0GGV75C4N

**Contact name:** Snaptor

**Contact email:** machlab.abou@gmail.com

**Submitter email:** machlab.abou@gmail.com

**Submission type:** Report a Violation

**Additional information**

The reported ASIN B0HFCH2RJ7 is a direct 1:1 sculptural infringement of my original 3D design Baseball Building Blocks Set, 3D Sports Model Kit with Bat & Glove. The infringer has reproduced the specific structural assembly and unique artistic sculptural expression of my work.

I am the Rights Owner for the original design of the product. The following is my US Copyright registration: VA0002499834
This is a repeat infringement of my Intellectual Property. A previous seller (Brand : Beego - Seller Name: Wen Wenxin) recently admitted to this exact infringement after acknowledging the validity of my claim (See APPROVED Complaint ID: 21895294311 for reference).

This ASIN uses the exact same unauthorized 3D construction method and source files from my brand.

I kindly request immediate removal of the entire ASIN B0HFCH2RJ7 to prevent ongoing infringement and further consumer confusion.

Retract a complaint | Escalate a complaint

| ASIN | Product name | Content reported |
|---|---|---|
| B0HFCH2RJ7 | CAXIMSY Baseball Building Blocks Set, 3D Sports Model Kit with Bat &… | Complete ASIN - all offers |

## Status details

The reported intellectual property violation has been accepted.

## Seller contact details

*Seller contact details are shared appr*

Showing 1 - 1 of 1

1

10 results per page