# EXHIBIT 2

**We've received a counter notice for your Amazon.com report**

1 message

**trms-pi-mpa-rav-std@amazon.com** <trms-pi-mpa-rav-std@amazon.com> 8 October 2026 at 08:12
Reply-To: "[CASE 22322962211] trms-pi-mpa-rav-std@amazon.com" <no-replies-appeal+5d8f4292-ded3-487e-9b87-871b56566fa0@amazon.com>
To: machlab.abou@gmail.com

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 22322962211
ASIN: B0HFCH2RJ7
Title: CAXIMSY Baseball Building Blocks Set, 3D Sports Model Kit with Bat & Glove

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0HFCH2RJ7Complaint ID: 22322962211You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN):B0HFCH2RJ7My contact information is as follows:Full Legal Name:chen zexinEmail Address:ozchenzexin@outlook.comMailing Address:guangdongsheng chaozhoushi chaoanqu shaxizhen shaercun shaerxiaoxue beipianPhone Number:13149928408 ✔ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found. ✔ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person. ✔ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. ✔ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct. ✔ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding.chen zexin

Thank You,
Amazon

Copyright 2026 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210