# EXHIBIT 3

**Title:** SNAPTOR_Baseball_Set_Deposit_ID_Material

**Owner/Claimant:** Acute Mastery LLC

**Publication Date:** September 09, 2025.

**Contact Email:** machlab.abou@gmail.com

**Phone number** +33 7 58 77 18 98

**Copyright Notice:** © 2025 Acute Mastery LLC














Baseball
Exercise logical thinking skills.
Baseball
1485 PCS
Snaptor