# EXHIBIT 4


PRODUCT DIMENSIONS
BAT LENGTH 32 cm / 12.60 in
UPPER WIDTH
8 cm / 3.15 in
LOWER WIDTH
5.5 cm / 2.17 in
BALL DIAMETER
10.5 cm / 4.13 in
WIDTH
1 14 cm / 5.51 in
HEIGHT
17 cm / 6.69 in
GLOVE LENGTH 16.5 cm / 6.50 in