# EXHIBIT 5

**Registration Number**
**VA 2-499-834**
**Effective Date of Registration:**
May 05, 2026
**Registration Decision Date:**
May 06, 2026

## Title

**Title of Work:** Snaptor Glove and Ball

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** November 02, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** Acute Mastery LLC
  **Author Created:** 2-D artwork, sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Acute Mastery LLC
30 N Gould St Ste R, Sheridan, WY, 82801, United States

## Certification

**Name:** /Kenneth Eade/
**Date:** May 05, 2026

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding authorship information: Registration based on sculpture deposited, 2-D artwork interpreted as reference to digital file uploaded.